EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de Términos por motivo de concesión del viernes 28 de noviembre de 2008 | 2008 TSPR 182<br><br>175 DPR \_\_\_\_ |

Número del Caso: EM-2008-6

Fecha: 26 de noviembre de 2008

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de Términos por
motivo de concesión del
viernes 28 de noviembre
de 2008

RESOLUCION

San Juan, Puerto Rico a 26 de noviembre de 2008.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados(as) y funcionarios(as) de la Rama Judicial el día viernes, 28 de noviembre de 2008, libre con cargo a vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73 y se considerará el viernes, 28 de noviembre de 2008, como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes, 1 de diciembre de 2008, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Dimarie Alicea Lozada
Secretaria del Tribunal Supremo Interina